```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

|                      |   |                    |
|----------------------|---|--------------------|
| TERENCE MOTLEY,      | ) |                    |
|     Petitioner,      | ) |                    |
| vs.                  | ) | No. 11-2704-STA-dkv |
| JERRY LESTER,        | ) |                    |
|     Respondent.      | ) |                    |

ORDER FOR RESPONDENT TO FILE RECORD AND TO RESPOND

On August 15, 2011, Petitioner Terence Motley, Tennessee Department of Correction prisoner number 231236, an inmate at the Turney Center Industrial Complex ("TCIX") in Only, Tennessee, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, accompanied by a motion seeking leave to proceed in forma pauperis. (ECF Nos. 1 & 2.) The Court issued an order on August 16, 2011, granting leave to proceed in forma pauperis. (ECF No. 3.) The Clerk shall record the respondent as TCIX Warden Jerry Lester.

It is ORDERED, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, that Respondent file a response to the petition within twenty-three (23) days. The response shall include the complete trial and appellate

record of Petitioner's original case and any subsequent state petitions for collateral relief.

It is further ORDERED, pursuant to Rule 4, that the Clerk shall send a copy of the petition and this order to Respondent and to the Tennessee Attorney General and Reporter by certified mail.

Pursuant to Rule 5(e), Petitioner may, if he chooses, submit a reply to Respondent's answer or response within thirty (30) days of service. Petitioner may request an extension of time to reply if his motion is filed on or before the due date of his response. The Court will address the merits of the petition or motion after the conclusion of Petitioner's time to reply, as extended.

IT IS SO ORDERED this 18th day of November, 2011.

                                    **s/ S. Thomas Anderson**
                                    S. THOMAS ANDERSON
                                    UNITED STATES DISTRICT JUDGE